936

No. 78–1002.  Gough, Trustee in Bankruptcy v. Ross-moor Corp. et al.  C. A. 9th Cir.  Certiorari denied. ▮

No. 78–1058.  Denis J. O'Connell High School v. Virginia High School League et al.  C. A. 4th Cir.  Certiorari denied.

No. 78–1064.  Kaercher et al. v. Louisiana.  Sup. Ct. La.  Certiorari denied.

No. 78–1066.  American Industries Corp. v. Sharon Steel Corp.  C. A. 3d Cir.  Certiorari denied.

No. 78–1067.  Pador v. Territory of Guam.  C. A. 9th Cir.  Certiorari denied.

No. 78–1070.  Kohlberg v. Walker.  C. A. 4th Cir.  Certiorari denied.

No. 78–1075.  Star Fish & Oyster Co., Inc., et al. v. Claborn.  C. A. 5th Cir.  Certiorari denied.

No. 78–1079.  Pope v. City of Atlanta et al.  Sup. Ct. Ga.  Certiorari denied.

No. 78–1083.  Kornit v. Board of Education of Plainview-Old Bethpage School District, Plainview, New York.  C. A. 2d Cir.  Certiorari denied.

No. 78–1086.  Etchieson v. Texas.  Ct. Crim. App. Tex.  Certiorari denied.

No. 78–1094.  Gust Construction Co., Inc., et al. v. Hub Electric Co., Inc.  C. A. 6th Cir.  Certiorari denied. ▮